NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRACY PYLE,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2012-8001

---

On petition for review of a decision of the Bureau of Justice Assistance in PSOB claim no. 2009-DIS-042.

---

**ON MOTION**

---

**ORDER**

Tracy Pyle moves without opposition for leave to file the petitioner's brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The Department of Justice should calculate its brief due date from the date of filing of this order.

FOR THE COURT

__JUL 16 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James W. Kilbourne, Jr., Esq.
    Devin Wolak, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2012

JAN HORBALY
CLERK